IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PREVEUS PIERRE,

    Petitioner,

v.                                               CASE NO. 1:08-cv-00136-MP-AK

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The time for filing objections has passed, and none have been filed. The Court agrees that the Middle District - his district of conviction - would be the most convenient forum. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this matter to the United States District Court for the Middle District of Florida.

    **DONE AND ORDERED** this  *14th*  day of November, 2008

                                    *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge